UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-mc-50538
HON. MARK A. GOLDSMITH

GREGORY N. MCKNIGHT,

Defendant.
_______________________/

**ORDER REGARDING MOTION TO STAY GARNISHMENT (Dkt. 7) AND MOTION TO STAY RESTITUTION ENFORCEMENT (Dkt. 19)**

The Government has until July 23, 2026, to file a response to Defendant Gregory N. McKnight's motion to stay garnishment (Dkt. 7) and motion to stay restitution enforcement (Dkt. 19).

**SO ORDERED.**

Dated: July 21, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 21, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager