**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v

Case No.: 4:26-mc-50538
Hon. Mark A. Goldsmith

GREGORY MCKNIGHT,

Defendant,

and

NAVY FEDERAL CREDIT UNION,

Garnishee.
_______________________________________/

# APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) and 18 U.S.C. § 3613(a) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant, Gregory McKnight, Social Security No. ***-**-8103, whose last known address is: REDACTED, Rawlins, WY 82301, in *United States v. McKnight*, Case No.: 12CR20101 01 in the amount of $48,969,660.00. The sum of $17,625,263.29 has been credited to the judgment debt, leaving a total balance due of $31,344,396.71 as of July 29, 2026. Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from July 29, 2026, and debtor has failed to satisfy the debt.

The Garnishee, its affiliates, successors, or assigns, is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

Navy Federal Credit Union
Attn: Garnishment Team
P.O. Box 2464
Merrifield, VA 22116

After the Garnishee has been served, pursuant to 28 U.S.C. § 3202(c), the United States will serve the debtor and each person whom the United States has reasonable cause to believe has an interest in the property subject to the Writ. The United States will serve the debtor by regular mail to his last known address, as criminal defendants are required to notify the Attorney General and the Court of any change in mailing address or residence and to provide notification of any change in economic circumstances until any fine or restitution has been paid in full. *See* 18 U.S.C. §§ 3612(b)(1)(F), 3572(d)(3), and 3664(k).

[*Intentionally left blank*]

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

/s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9643
E-mail: Jessica.Nathan@usdoj.gov
Bar No.: (TX24090291)

Date: July 29, 2026