**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v

Case No.: 26-MC-50538
Hon. Mark A. Goldsmith

GREGORY MCKNIGHT,

Defendant,

and

NAVY FEDERAL CREDIT UNION,

Garnishee.
_______________________________/

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, Monica Green, Supervisory Paralegal, for the Money Laundering and Asset Recovery Unit, mailed the following documents and this certificate of service by US First-Class Mailing to Defendant and Certified Mailing to Garnishee:

Gregory Mcknight
REDACTED
Rawlins, WY 82301
*Defendant (or Defendant's counsel)*

1. Application for Writ of Continuing Garnishment
2. Writ of Garnishment
3. Clerk's Notice of Writ
4. Request for Hearing Forms/Notice of Exemptions

Navy Federal Credit Union
Attn: Garnishment Team
P.O. Box 2464
Merrifield, VA 22116
*Garnishee*

1. Writ of Continuing Garnishment
2. Answer of Garnishee Form

JEROME F. GORGON JR.
United States Attorney

By: /s/ JESSICA A. NATHAN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9643
E-mail: Jessica.Nathan@usdoj.gov
Bar No.: (TX24090291)

Date: August 10, 2026

mg