6

FILED
CLERK'S OFFICE
SEP 0 1 2026
U.S DISTRICT COURT
EASTERN MICHIGAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v

Case No.: 26-MC-50538
Hon. Mark A. Goldsmith

GREGORY MCKNIGHT,

Defendant,

and

NAVY FEDERAL CREDIT UNION,

Garnishee.

_______________________________________/

FILED
CLERK'S OFFICE
SEP 0 1 2026
U.S DISTRICT COURT
EASTERN MICHIGAN

**ANSWER OF THE GARNISHEE**

I, NOAH RUPY (name), the GARNISHMENT SPECIALIST (title) of Garnishee,

NAVY FEDERAL CREDIT UNION, state under penalty of perjury as follows:

GARNISHEE IS (choose one):

[ ] An individual doing business in the name of ____________________,

[ ] A partnership, [ ] LP, [ ] LLP, or LLC,

[X] A ~~corporation~~ Federally Chartered Credit Union, organized under the laws of the State of VIRGINIA,

[ ] An executor or personal representative of an estate in the County of

________________________, State of ____________________,

[ ] Other: ________________________________________________________.

On 8/17/2026 (date), Garnishee was served with a Garnishment Writ.

At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

**1. Financial Accounts:**

**Account 1**
Type: Checking Account
No. xxxxxx8497
Title owner(s): GREGORY MCKNIGHT
Amount: $ 520.78

**Account 2**
Type: Checking Account
No. xxxxxx0907
Title owner(s): GREGORY MCKNIGHT
Amount: $ 15.89

**Account 3**
Type: Savings Account
No. xxxxxx0435
Title owner(s): GREGORY MCKNIGHT
Amount: $ 50.08

**Account 4**
Type: ______
No. ______
Title owner(s): ______
Amount: $ ______

**2. Safety Deposit Box:**

Box No.: N/A
Last accessed: ______
Owner(s) other than Judgment Debtor: ______

**3. Real Property located at:**
N/A

**4. Detail other personal property in the Garnishee's possession, custody, or control:**
N/A

**5. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [ ] Yes or [ X ] No

If the answer is yes, describe below (include case number, state, county):
______

**DO NOT DISBURSE PROPERTY UNTIL FURTHER COURT ORDER.**

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE GARNISHEE.**

6. **Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest?** [____] Yes or [ X ] No

If the answer is yes, describe below (include any case number, state, county):

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Other details: N/A

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

Check and complete the applicable line below:

[____] Garnishee has the following objection(s), defense(s), or set-off(s):

[____] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

(1) GREGORY MCKNIGHT, at: 405 HARSHMAN ST,
RAWLINS, WY 82301-5855

(2) [____] by electronic filing or [ X ] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

(3) [____] by electric filing or [ X ] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 27 day of AUGUST, 2026.

N. Rupy
(Signature)

NOAH RUPY
(Print Name)

Title GARNISHMENT SPECIALIST

Address 820 FOLLIN LANE

City, State, Zip VIENNA, VA 22180

Telephone and Fax Number 703-206-2046 Ext 2

Email ____________________

*Notary Public Section*

STATE OF VIRGINIA §

COUNTY OF FAIRFAX §

The foregoing was SUBSCRIBED AND SWORN TO before me on this 27 day of August, 2026, by Gabrielle Peters.
[Name of Affiant]

[Seal]

GABRIELLE V PETERS
Notary Public
Commonwealth of Virginia
Registration No. 8093234
My Commission Expires Jul 31, 2027

Notary Public

My commission expires: July 31, 2027

*If no notary is available and you are within the United States, its territories, possessions, or commonwealths, please complete this section:*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ________________.
[Date]

____________________
[Signature]

*If no notary is available and you are outside the United Sates, please complete this section:*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ________________.
[Date]

____________________
[Signature]

Pull to open.

ORIGIN ID:DAAA (703) 255-8000
NOAH RUPY
NAVY FEDERAL CREDIT UNION
820 FOLLIN LANE

VIENNA, VA 22180
UNITED STATES US

SHIP DATE: 27AUG26
ACTWGT: 1.00 LB
CAD: 3703889/INET4535

BILL SENDER

TO UNITED STATES DISTRICT CLERK

231 W. LAFAYETTE BLVD
ROOM 599
DETROIT MI 48226
(313) 234-5000 REF:
INV:
PO: DEPT:

58KJ6/C457/484B

FedEx Express

E

MON - 31 AUG AA
PRIORITY OVERNIGHT

TRK# 0201 8763 7068 7010

KC DTWA

48226
MI-US
DTW

724071 28Aug2026 CHANG 58KG6/C457/484B

UG 10:30A
OVERNIGHT
48226
I-US DTW

4:59 MON 08/31 07:35
231 W LAFAYETTE BLVD
PRIORITY OVERNIGHT
446-1001FL
48226-2700-99
DETROIT, MI
ETP 8
SP PD 100 Y

Scan to learn how ... can help make Earth a priority together.

RECEIVED
SEP 01 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

Insert shipping document here.

Pull to open.