4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff

v.

GREGORY N. McKNIGHT,
Defendant.

Case No. 2:26-cv-13022-MAG
Hon. Mark A. Goldsmith

FILED
SEP 09 2026
CLERK'S OFFICE
DETROIT

# NOTICE OF ERRATA TO DEFENDANT'S OBJECTION TO WRIT OF GARNISHMENT (ECF NO. 31)

Defendant Gregory N. McKnight respectfully submits this Notice of Errata to correct three clerical errors in his Objection to Writ of Garnishment filed as ECF No. 31 on September 1, 2026.

## CORRECTION ONE — ACCOUNT NUMBER PLACEHOLDER

In Exhibit B, Section I (VA Disability Compensation Argument), final paragraph, the account number appears as "[XXXX]." The correct account number is **0907**. The sentence should read:

> **CORRECTED: "Movant's VA disability compensation is deposited exclusively into Account ending in 0907 at Navy Federal Credit Union."**

This account number appears correctly as "0907" in all other locations in the filed document, including Exhibit A (Affidavit), Exhibit C (NFCU Letter), and Exhibit D (AUSA Letter). The erroneous "[XXXX]" was a typographical error in one paragraph only.

## CORRECTION TWO — MISSING PARAGRAPH LABEL IN CONCLUSION

In Exhibit B, Section VI (Relief Requested), the paragraph beginning "Ordering Navy Federal Credit Union to immediately cease any freeze..." was filed without a paragraph label. This paragraph should be labeled "**(d)**." The corrected sequence of relief requested is: (a), (b), (c), (d), (e), (f).

## CORRECTION THREE — INCORRECT STATUTORY CITATION: § 3715 → § 3716 (EXHIBIT B, SECTION II, P. 12)

In Exhibit B, Section II, the paragraph beginning "Congress did not leave the federal government without a remedy..." cites the Treasury Offset Program authority twice as "31 U.S.C. § 3715" and "31 U.S.C. § 3715(c)(3)(A)(ii)." The correct statute is 31 U.S.C. § 3716. Section 3715 governs interest and penalty charges; § 3716 governs administrative offset. The corrected citations should read:

> **CORRECTED: "31 U.S.C. § 3716" and "31 U.S.C. § 3716(c)(3)(A)(ii)."**

The Affidavit (Exhibit A, paragraph 13) cites this statute correctly as § 3716.

The Affidavit (Exhibit A, paragraph 4) cites this case correctly as page 629.

No substantive content is changed by any of these three corrections.

Respectfully submitted,

**Gregory N. Mcknight**
**405 Harshman St.**
**Rawlins, WY 82301**
**Pro Se Defendant**

Date: September 2, 2026

**CERTIFICATE OF SERVICE**

I, Gregory N. McKnight, hereby certify that on September 2, 2026, I served a true and correct copy of the foregoing Emergency Motion upon:

Jessica Ashley Nathan, AUSA
Peter F. Schneider, AUSA
U.S. Attorney's Office, Eastern District of Michigan
211 W. Fort St., Suite 2001
Detroit, MI 48226

Service was made via Federal Express 2-Day Air.

Gregory N. McKnight

FedEx

Envelope

Recycle me.

ORIGIN ID:CPRA (307) 328-5266
GREGORY MCKNIGHT
GREGORY MCKNIGHT
519 8TH ST

RAWLINS, WY 82301
UNITED STATES US

SHIP DATE: 03SEP26
ACTWGT: 0.20 LB
CAD: 262938672/FAPI2208

BILL SENDER

TO US DISTRICT COURT, EASTERN DISTRICT
US DISTRICT COURT, EASTERN DISTRICT
ATTN: CLERK'S OFFICE – CASE NO. 4:2
231 W LAFAYETTE BLVD, ROOM 564
DETROIT MI 48226

(810) 262-7461 REF: GREGORY MCKNIGHT
INV: PKG ID: 14278
PO: DEPT:

FedEx Express
E

TUE – 08 SEP 5:00P
** 2DAY **

TRK# 0201 8767 0620 5814

SS DTWA

48226
MI-US DTW

4459 TUE 09/08 07:29
231 W LAFAYETTE BLVD
446-8532FL
ETP 2 SP PD 100 Y
48226-2718-39
DETROIT,MI

RECEIVED
SEP 0 9 2026
CLERK'S OFFICE
U.S. DISTRICT COURT