12

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY N. McKNIGHT,

Defendant.

Civil Case No. 2:26-cv-13022-MAG

Hon. Mark A. Goldsmith

Related:

4:12-cr-20101-MAG

2:26-mc-50538-MAG

FILED
SEP 25 2026
CLERK'S OFFICE
DETROIT

---

**NOTICE OF FILING SUPPLEMENTAL EXHIBITS A, B, AND C**
**(Navy Federal Freeze Notice; VA Disability Benefits Letter;**
**Treasury Offset Program Notice — SSA Source Withholding)**

Gregory N. McKnight, Defendant appearing pro se, respectfully files Supplemental Exhibits A, B, and C to complete the record concerning the Navy Federal account restrictions, the VA Disability Compensation deposited into Account ending 0907, and the Social Security Administration benefits deposited into Account ending 8497 after 15% source withholding through the Treasury Offset Program. These exhibits support the exemption claims and statutory hearing requests already pending in Dkt. 31–33.

1. Defendant filed a Combined Legal Packet / Garnishment Challenge on September 1, 2026 (Dkt. 31), including an Affidavit asserting that Navy Federal Credit Union Account ending 0907 receives exclusively service-connected VA Disability Compensation and is exempt under 38 U.S.C. § 5301(a)(1) and, for restitution enforcement under 18 U.S.C. § 3613, 26 U.S.C. § 6334(a)(10). The Affidavit further asserts that Account ending 8497 receives exclusively Social Security Administration benefits already subject to 15% source withholding and claimed exempt under 42 U.S.C. § 407(a). Defendant later filed an Emergency Motion for Immediate Release of Exempt Funds on September 9, 2026 (Dkt. 32), followed by a Notice of Errata (Dkt. 33). On or about September 16, 2026, Defendant mailed a Notice of Statutory Exemption

Conflict renewing the request for the hearings required by 28 U.S.C. §§ 3202(d) and 3205(c)(5). Because the Navy Federal freeze notice referenced in that mailing was not separately filed on the docket, Defendant now files it as Exhibit A to complete the exhibit set.

2. Exhibit A is a true and correct copy of an August 25, 2026 email from Navy Federal Credit Union notifying Defendant that it had received a Writ of Continuing Garnishment from the United States Attorney's Office in the amount of $31,344,396.71, identifying case number 4:26-MC-50538, and stating that Defendant's accounts had been restricted. The notice lists telephone number 313-226-9643, the same number identified as the counsel line for AUSA Jessica A. Nathan in the Application (Dkt. 22).

3. On September 18, 2026, Defendant obtained an official benefits summary letter from the Department of Veterans Affairs verifying his current entitlement; a true and correct copy is attached as Exhibit B. The letter states that Defendant has one or more service-connected disabilities, a combined service-connected evaluation of 100%, and a current monthly award of $4,158.17. It further states that Defendant is considered totally and permanently disabled solely because of his service-connected disabilities, effective May 2, 2025, and that the last change to his current award took effect December 1, 2025. The letter masks the full claim number except for the last four digits, 8103.

4. Exhibit C is a notice from the U.S. Department of the Treasury, Bureau of the Fiscal Service, concerning Defendant's Social Security Administration payment dated September 3, 2026. It identifies the payment source as the Social Security Administration, the original EFT payment as $2,050.00, and the amount applied to the debt as $307.50, or 15% of the payment. It further identifies the creditor agency as U.S. Attorney Michigan – Eastern, Attn: Financial Litigation Unit, 211 W. Fort Street, Suite 2001, Detroit, MI 48226; the debt type as Non-Tax Federal Debt; TOP Trace Number 212184331; Account No. MIE 2013A72380001; and the last four digits of the payee/beneficiary TIN as 8103. Exhibit C therefore documents that 15% of Defendant's SSA payment was withheld through TOP for the restitution debt before the remaining amount was deposited at Navy Federal.

5. Exhibit C is relevant because TOP withholding occurs before the remaining SSA payment reaches the depository institution. Exhibit C identifies the United States Attorney's Office / Financial Litigation Unit as the creditor receiving the 15% offset for the same underlying restitution debt being enforced through the continuing writ (Dkt. 22, 27). Navy Federal's Answer of the Garnishee (Dkt. 30) marked "No" in response to prior garnishments or other court-ordered withholdings. That response may reflect only what Navy Federal can identify at the account level after the net payment is deposited; it does not independently place the upstream TOP withholding before the Court. Defendant therefore submits Exhibit C so the Court may consider the documented source offset when evaluating the claimed exemption for

Account ending 8497 and before entering any remittance order, including whether a continuing writ against SSA-related funds is proper while TOP is already collecting 15% from the same SSA payment stream.

6. Defendant states that he has never received a restitution payment schedule from the U.S. Probation Office for the District of Wyoming. The Judgment in a Criminal Case in United States v. McKnight, No. 4:12-cr-20101 (E.D. Mich. Dkt. 16), conditions monthly restitution payments on a rate and schedule recommended by the Probation Department and approved by the Court. Defendant has found no entry on the public criminal docket evidencing commencement of supervised release in the Eastern District of Michigan. Meanwhile, collection is proceeding through TOP source withholding (Exhibit C) and the Navy Federal continuing writ rather than through any Probation-recommended, court-approved installment schedule provided to Defendant. Defendant places these facts on the record only in connection with the exemption and hearing requests already pending; this Notice does not seek to reopen transfer-of-jurisdiction litigation under 18 U.S.C. § 3605.

7. Exhibits A, B, and C document the account restrictions and provide contemporaneous evidence of the VA and SSA character of the relevant deposits for purposes of 28 U.S.C. § 3014. They support the exemption claims and hearing requests already presented in Dkt. 31–33 and in the Notice of Statutory Exemption Conflict. This Notice does not withdraw or replace any prior filing; it supplements the record with the Navy Federal freeze notice, the VA Disability Compensation award letter, and the Treasury notice documenting ongoing SSA source withholding through TOP.

8. Defendant respectfully requests that the Court consider Exhibits A, B, and C in connection with Dkt. 31–33, the pending requests for hearings under 28 U.S.C. §§ 3202(d) and 3205(c)(5), and any disposition of the Navy Federal continuing writ reflected in Dkt. 22, 27, and 30.

Respectfully submitted,

Gregory N. McKnight
Defendant – Pro Se
405 Harshman St
Rawlins, WY 82301
Phone: 810-252-7451

Dated: September 18, 2026

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2026, I served a copy of this Notice, with Exhibits A, B, and C, on the persons and entities listed below by United States Mail, first-class postage prepaid.

Jessica Ashley Nathan
Assistant United States Attorney
United States Attorney's Office
Eastern District of Michigan
211 W. Fort Street, Suite 2001
Detroit, MI 48226

Navy Federal Credit Union (Garnishee)
Attn: Garnishment Team
P.O. Box 2464
Merrifield, VA 22116

Gregory N. McKnight

**EXHIBIT A**

**Navy Federal Credit Union**
**Account Restriction / Writ Notice Email**
dated August 25, 2026

A true and correct copy of the August 25, 2026 Navy Federal Credit Union account restriction and writ notice email follows this cover sheet.

Outlook

## An Important Message About Your Account

**From** Navy Federal Credit Union <notice@email.navyfederal.org>
**Date** Tue 8/25/2026 7:54 AM
**To** mcgreg22060@gmail.com <mcgreg22060@gmail.com>

**Navy Federal Security Zone:**
Email for GREGORY | Access XXXXXXXXXXXX14

# An Important Message About Your Account

We received a (an) Writ of Continuing Garnishment for $31344396.71 from UNITED STATES ATTORNEYS OFFICE. Your account(s) has/have been restricted, and you won't be able to make withdrawals or transfers.

To resolve this matter, you'll need to contact UNITED STATES ATTORNEYS OFFICE at 313-226-9643 and reference case number 4:26-MC-50538. This matter requires your prompt attention. If the matter isn't resolved, the withheld funds may be sent to the creditor.

**Our Members Are the Mission®**

Contact Us | Security | Mobile Banking | Privacy Policy

Please do not reply to this email. This email is being sent from: Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000.

Equal Housing Lender | © 2026 Navy Federal Credit Union. All rights reserved. NFCU DNS 90107 (7-24)

**Navy Federal is federally insured by NCUA.**

**EXHIBIT B**

**Department of Veterans Affairs**
**Benefits Summary Letter**
dated September 18, 2026

A true and correct copy of the September 18, 2026 Department of Veterans Affairs benefits summary letter follows this cover sheet. The claim number remains masked except for the last four digits shown on the letter.

**DEPARTMENT OF VETERANS AFFAIRS**

September 18, 2026

Gregory N Mcknight
405 Harshman St
Rawlins, WY 82301

Dear Gregory Mcknight:

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as state or local property or vehicle tax relief, civil service preference, to obtain housing entitlements, free or reduced state park annual memberships, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter is considered an official record of your VA entitlement.

Our records contain the following information:

## Personal Claim Information

Your VA claim number is: xxx-xx-8103

You are the Veteran.

## Military Information

Your most recent, verified periods of service (up to three) include:

| Branch of Service | Character of Service | Entered Active Duty | Released/Discharged |
|---|---|---|---|
| Navy | Honorable | February 02, 1981 | January 31, 1986 |

(There may be additional periods of service not listed above.)

## VA Benefit Information

| | |
|---|---|
| **You have one or more service-connected disabilities:** | Yes |
| **Your combined service-connected evaluation is:** | 100% |
| **Your current monthly award amount is:** | $4,158.17 |
| **The effective date of the last change to your current award was:** | December 01, 2025 |
| **You are considered to be totally and permanently disabled due solely to your service-connected disabilities:** | Yes |
| **The effective date of when you became totally and permanently disabled due to your service-connected disabilities:** | May 02, 2025 |

202a4908-b482-41c3-82d7-f86a80b72dc8

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

## How You Can Contact Us

- If you need general information about benefits and eligibility, please visit us at https://www.va.gov.
- Call us at 1-800-827-1000.
- Contact us using Telecommunications Relay Services (TTY) at 711 24/7.
- Send electronic inquiries through the Internet at https://www.va.gov/contact-us.

Sincerely Yours,

**Regional Office Director**

**EXHIBIT C**

**U.S. Department of the Treasury**
**Bureau of the Fiscal Service**
**Treasury Offset Program Notice**
SSA payment offset — September 3, 2026

A true and correct copy of the Treasury Offset Program notice follows this cover sheet. The notice identifies an original payment of $2,050.00, an offset of $307.50, TOP Trace No. 212184331, and Account No. MIE 2013A72380001.

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686

**PLEASE RETAIN FOR YOUR RECORDS**

09/03/26

0-0 60375559.2 00179796

00179796 R302

212184331

GREGORY N MCKNIGHT
405 HARSHMAN ST
RAWLINS, WY 82301

## What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: GREGORY N MCKNIGHT
Original Payment Amount: $2050.00
Payee TIN (Last Four): 8103
Beneficiary TIN (Last Four): 8103

Payment Date: 09/03/26
Payment Type: EFT
Claim Account Number: 362708103 A

CDOTLTR1 1266 0785 110 07 20260831 PG 1 OF 1

## Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

U.S. ATTORNEY MICHIGAN - EASTERN
ATTN: FINANCIAL LITIGATION UNIT
211 W. FORT STREET
SUITE 2001
DETROIT, MI 48226
313-226-9102

TOP Trace Number: 212184331
Account #: MIE 2013A72380001
Applied To This Debt: $307.50
Type of Debt: Non-Tax Federal Debt

Please see additional pages for other debts, if any.

## What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. Please have this notice available when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP. Please do not contact the Social Security Administration regarding the reduction made in your federal payment as a result of this offset.


0000023085 21218433107063321803028l0TPLOTLTR-P01GREG023085

Gregory N. McKnight
405 Harshman St.
Rawlins, WY 82301

Retail

UNITED STATES POSTAL SERVICE®

48226

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
RAWLINS, WY 82301
SEP 18, 2026

$2.27

S2322S502228-05

RECEIVED
SEP 25 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court - EDMI
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

U.S. MARSHALS