UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff(s),

v.

Case No. 2:26−cv−13022−MAG
Hon. Mark A. Goldsmith

Gregory N McKnight,

Defendant(s),

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith as follows:

- OBJECTION TO GARNISHMENT HEARING: November 18, 2026 at 03:30 PM

The public may access the audio proceedings with the following connection information:

***PHONE NUMBER:*** +1 (646) 828−7666
***MEETING ID:*** 165 403 7185

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Joseph Heacox
Case Manager

Dated: October 23, 2026