**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v

GREGORY MCKNIGHT,

Defendant,

and

GENERAL MOTORS HOURLY-RATE EMPLOYEES PENSION PLAN,

Garnishee.

______________________________/

Case No.: 26-CV-13022
Hon. Mark A. Goldsmith

# CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2026, Monica Green, Supervisory Paralegal, for the Financial Litigation Program, mailed the following documents and this certificate of service by US First-Class Mailing to Defendant and Certified Mailing, Return Receipt Requested, # 9589 0710 5270 2971 9366 51 to Garnishee:

Gregory Mcknight
REDACTED

Rawlins, WY 82301
*Defendant (or Defendant's counsel)*

1. Application for Writ of Continuing Garnishment
2. Writ of Continuing Garnishment
3. Clerk's Notice of Writ
4. Request for Hearing Forms/Notice of Exemptions

General Motors Hourly-Rate
Employees Pension Plan
1240 Woodward Ave
MC 482-22381-1002
Detroit, MI 48265
*Garnishee*

1. Writ of Continuing Garnishment
2. Answer of Garnishee Form

JEROME F. GORGON JR.
United States Attorney

By: /s/ JESSICA A. NATHAN
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
Phone: (313) 226-9643
E-mail: jessica.nathan@usdoj.gov
Bar No.: (TX 24090291)

Date: November 19, 2026

mg