UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 26-cv-13022
HON. MARK A. GOLDSMITH

GREGORY N. MCKNIGHT,

Defendant.
_________________________________/

**ORDER FOLLOWING NOVEMBER 18, 2026 HEARING**

For the reasons stated on the record, the Court orders as follows:

1. The Court strikes Dkts. 34, 35, and 38.
2. Defendant's motion to expedite ruling on pending motions and set a hearing ( Dkt. 37) is denied as moot.
3. On or before November 30, 2026, the Government must file a brief that responds to Defendant's arguments in Dkt. 32. The Government must also respond to any other objection made by Defendant to which it has not already responded. If the Government has already responded to an objection, it must note where in the docket its response is contained. The brief is limited to 25 pages, exclusive of attachments.
4. Defendant's reply brief is due on or before December 7, 2026. The reply brief is limited to 7 pages exclusive of attachments.
5. A hearing on will be held on December 22, 2026 at 9:00 a.m.
6. Any future garnishment challenges by Defendant must be by way of an objection. Any other requests for relief must be by way of motion. The Government must respond to every objection and motion within the time allowed by law unless Court

grants an extension of time or good cause is shown. The filing of notices is prohibited.

**SO ORDERED.**

Dated: November 20, 2026
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 20, 2026.

s/Joseph Heacox
JOSEPH HEACOX
Case Manager